McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
   dana.denno@mccormickbarstow.com
Garrett R. Leatham, #333362
   garrett.leatham@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Jacob DeGolish d/b/a/ Assemble Capital LLC

# UNITED STATES BANKRUPTCY COURT

# CALIFORNIA NORTHERN BANKRUPTCY COURT

# SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>EDDIE PASCUA BATOON AND FLORA LLANES BATOON,<br><br>       Debtors,<br><br>JACOB DEGOLISH dba ASSEMBLE CAPITAL LLC.<br><br>       Plaintiff,<br><br>vs.<br><br>EDDIE PASCUA BATOON AND FLORA LLANES BATOON; JOSEPH RIFFEL; PLACER TITLE COMPANY, a California Corporation; COLDWELL BANKER, LLC, a Delaware Limited Liability Company,<br><br>       Defendants. | Case No. 23-50592<br><br>Chapter 11<br><br>**AP No. 23-05016**<br><br>**DECLARATION OF DANA DENNO IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**<br><br>DATE:  September 12, 2023<br>TIME:  1:30 p.m.<br>PLACE:  United States Bankruptcy Court<br>            Northern District of California<br>            280 South First Street<br>            Courtroom 9<br>            San Jose, CA 95113<br><br>JUDGE:  Hon. Stephen L. Johnson |

I, Dana Denno, declare as follows:

    1.    I am a partner with McCormick Barstow LLP, counsel of record for plaintiff Jacob Degolish d/b/a Assemble Capital LLC ("Plaintiff") in the action entitled *Jacob Degolish, d/b/a Assemble Capital LLC v. Placer Title Company, et al.* pending in El Dorado County Superior Court, case no. 22CV1845.

    2.    I am over the age of 18 and have personal knowledge of the following facts to the

best of my belief and believe them to be true. If called as a witness, I could and would testify competently as to the matters stated herein.

3. Plaintiff filed this action in El Dorado County Superior Court on December 19, 2022.

4. I did not discover the fact that this action had been removed from El Dorado County Superior Court until July 17, 2023 when I received an e-mail from Green Filing Support. A true and correct copy of this e-mail is attached to this declaration as **Exhibit 1**.

5. Plaintiff has requested a jury trial in this case. A true and correct copy of the Case Management Conference ("CMC") statement filed in the State Court Action is attached to this declaration as **Exhibit 2**. Please see section 5 of the CMC statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me on the date below at Fresno County, California.

Dated: August 15, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Dana B. Denno
Dana B. Denno

041193-000000 9288264.1

# EXHIBIT 1

Case: 23-05016 Doc# 10-1 Filed: 08/15/23 Entered: 08/15/23 16:49:46 Page 3 of 13

DECLARATION OF DANA DENNO IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

Case No. 23-50592

3

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

| | | CM-110 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Dana B. Denno #227971<br>MCCORMICK BARSTOW LLP<br>7647 North Fresno Street<br>Fresno, CA 93720<br>TELEPHONE NO: 559-433-1300  FAX NO (Optional): 559-433-2300<br>E-MAIL ADDRESS: dana.denno@mccormickbarstow.com<br>ATTORNEY FOR (Name): Defendant, Jacob DeGolish | | FOR COURT USE ONLY<br><br>**FILED**<br>APR 04 2023<br>EL DORADO CO. SUPERIOR COURT<br>BY _Chavarria_<br>(DEPUTY CLERK) |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO<br>STREET ADDRESS: 1130 O Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Fresno, 93721<br>BRANCH NAME: B.F. Sisk Courthouse | | |
| PLAINTIFF/PETITIONER: Jacob DeGolish | | |
| DEFENDANT/RESPONDENT: Placer Title Company et al | | |
| **CASE MANAGEMENT STATEMENT**<br>(Check one): ☒ UNLIMITED CASE   ☐ LIMITED CASE<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | | CASE NUMBER:<br>22CV1845 |

**A CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 4/18/23   Time: 3:30   Dept.: 4   Div.:   Room:

Address of court *(if different from the address above)*:

☒ Notice of Intent to Appear by Telephone, by *(name)*: Dana B. Denno and Jordan Finfer (pro hac vice application pending)

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
    a. ☒ This statement is submitted by party *(name)*: Jacob DeGolish
    b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
    a. The complaint was filed on *(date)*: December 19, 2022
    b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
    a. ☒ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b. ☐ The following parties named in the complaint or cross-complaint
        (1) ☐ have not been served *(specify names and explain why not)*:

        (2) ☒ have been served but have not appeared and have not been dismissed *(specify names)*:
            Plaintiff's counsel and Defendants Coldwell Banker/Riffell are meeting and conferring

        (3) ☐ have had a default entered against them *(specify names)*:

    c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
    a. Type of case in   ☒ complaint   ☐ cross-complaint   *(Describe, including causes of action)*:

FILE BY FAX

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]
041103-000000 9017586.1

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

American LegalNet, Inc.
www.FormsWorkFlow.com

Case: 23-05016   Doc# 10-1   Filed: 08/15/23   Entered: 08/15/23 16:49:46   Page 4 of 13

| PLAINTIFF/PETITIONER: Jacob DeGolish | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Placer Title Company et al | 22CV1845 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plaintiff asserts claims for fraud and fraudulent concealment arising out of a failed real estate transaction.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**

   The party or parties request ☒ a jury trial   ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
   Trials: 6/21/23, 6/26/23, 7/17/23, 7/24/23, 7/31/23, 8/14/23, 8/28/23, 9/5/23, 9/12/23, 9/18/23, 9/26/23, 10/16/23, 10/23/23, 11/6/23, 12/12/23, 1/9/24, 1/29/24, 2/5/24, 2/26/24, 3/4/24, 3/11/24, 3/25/24, 4/8/24, 5/6/24, 5/13/24, 7/29/24, 8/19/24, 9/9/24, 10/7/24, 11/12/24

7. **Estimated length of trial**

   The party or parties estimate that the trial will take *(check one):*
   a. ☒ days *(specify number):* 5-7
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*

   The party or parties will be represented at trial   ☒ by the attorney or party listed in the caption   ☒ by the following:
   a. Attorney: Jordan Finfer (Pro hac vice application pending)
   b. Firm: Patzik, Frank &Samotny Ltd.
   c. Address: 200 S. Wacker, Suite 2700
   d. Telephone number: (312) 205-4462
   e. E-mail address: jfinfer@pfs-law.com
   f. Fax number:
   g. Party represented: Plaintiff

   ☐ Additional representation is described in Attachment 8.

9. **Preference**

   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

       (1) For parties represented by counsel: Counsel   ☒ has   ☐ has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party   ☐ has   ☐ has not reviewed the ADR information package identified in rule 3.221.

    b. **Referral to judicial arbitration or civil action mediation (if available).**
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: Jacob DeGolish<br>DEFENDANT/RESPONDENT: Placer Title Company et al | | CASE NUMBER:<br>22CV1845 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☒ | ☒ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☒ | ☒ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

| PLAINTIFF/PETITIONER: Jacob DeGolish | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Placer Title Company et al | 22CV1845 |

11. **Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

12. **Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify)*:
    Status:

13. **Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

14. **Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

15. **Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

16. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

    | Party | Description | Date |
    |---|---|---|
    | Plaintiff | Written discovery | 9/30/23 |
    | | Depositions of parties | 11/30/23 |
    | | Expert discovery | per code |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

| PLAINTIFF/PETITIONER: Jacob DeGolish | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Placer Title Company et al | 22CV1845 |

CM-110

### 17. Economic litigation

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

### 18. Other issues

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

### 19. Meet and confer

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: April 4, 2023

Dana B. Denno
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY)

▶
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.



# PROOF OF SERVICE

**De Golish v. Batoon Et al**
**Case No. 22CV1845**

STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 4, 2023, I served true copies of the following document(s) described as **CASE MANAGEMENT STATEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2023, at Fresno, California.

_____
Alejandra Zepeda

# SERVICE LIST
## De Golish v. Batoon Et al
## Case No. 22CV1845

Robert P. Huckaby, Esq.  
3330 Lake Tahoe Blvd #10  
South Lake Tahoe, CA 96150  
huckaby.law@sbcglobal.net  
bobhuckaby@aol.com

Attorneys for Defendant, FLORA BATOON

Debra L. Samuels, Esq.  
Samuels Law P.C.  
2281 Lava Ridge Court, Suite 300  
Roseville, CA 95661  
E-mail: Samuels@Samuels-Law.com

Attorneys for Defendant, COLDWELL BANKER LLC

Douglas R. Rocca  
Attorney at Law  
3080 Cedar Ravine Road  
Placerville, Ca 95667  
drocca@droccalaw.com  
admin@droccalaw.com

Attorneys for Defendant, PLACER TITLE

# EXHIBIT 2

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4

Case No. 23-50592

DECLARATION OF DANA DENNO IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

Case: 23-05016   Doc# 10-1   Filed: 08/15/23   Entered: 08/15/23 16:49:46   Page 11 of 13

**Garrett Leatham**

| | |
|---|---|
| From: | Dana Denno |
| Sent: | Wednesday, August 9, 2023 12:50 PM |
| To: | Garrett Leatham |
| Subject: | FW: Electronic Service Notification on Case Number 22CV1845 |

First service to us of the notice of removal



From: GreenFiling Support <support@greenfiling.com>
Sent: Monday, July 17, 2023 2:24 PM
To: Dana Denno <Dana.Denno@mccormickbarstow.com>
Subject: Electronic Service Notification on Case Number 22CV1845



**Electronic Service Notification**

You have received this email at the request of submitting attorney or party as a means to electronically serve you a copy of the documents described below.

By clicking the **"Accept Service and View Documents"** button below you hereby agree to accept service by email.

| | |
|---|---|
| **File Date:** | 07/17/2023 02:24 PM PDT |
| **Case:** | 22CV1845 - JACOB DEGOLISH vs. PLACER TITLE COMPANY et al |
| **Court Location:** | El Dorado County Superior Court |

1

| | |
|---|---|
| **Document(s):** | Notice: Bankruptcy/Stay |
| **Service Contact(s):** | The following service contacts were also e-served. |
| | Debra Samuels (s...@samuels-law.com) |
| | Douglas Roeca (d...@droecalaw.com) |
| | Jordan Finfer (j...@pfs-law.com) |

## Accept Service & View Documents

Or ... copy and paste this URL into your browser to Accept Service and View Documents:

https://california.greenfiling.com/ca/#guest_ViewEnhancedService;id=FPLM856-E2HCCZF