| | |
|---|---|
| 1 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| 2 | Dana B. Denno, #227971<br>*dana.denno@mccormickbarstow.com* |
| 3 | Garrett R. Leatham, #333362<br>*garrett.leatham@mccormickbarstow.com* |
| 4 | 7647 North Fresno Street<br>Fresno, California 93720 |
| 5 | Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300 |
| 6 | |
| 7 | Attorneys for Jacob DeGolish d/b/a/ Assemble Capital LLC |

UNITED STATES BANKRUPTCY COURT

CALIFORNIA NORTHERN BANKRUPTCY COURT

SAN JOSE DIVISION

| | |
|---|---|
| In Re | Case No. 23-50592 |
| EDDIE PASCUA BATOON AND FLORA LLANES BATOON, | Chapter 11 |
| Debtors, | AP No. 23-05016 |
| JACOB DEGOLISH dba ASSEMBLE CAPITAL LLC. | **NOTICE OF HEARING OF PLAINTIFF'S MOTION FOR REMAND** |
| Plaintiff, | DATE: September 12, 2023<br>TIME: 1:30 p.m.<br>PLACE: United States Bankruptcy Court |
| vs. | Northern District of California<br>280 South First Street |
| EDDIE PASCUA BATOON AND FLORA LLANES BATOON; JOSEPH RIFFEL; PLACER TITLE COMPANY, a California Corporation; COLDWELL BANKER, LLC, a Delaware Limited Liability Company, | Courtroom 9<br>San Jose, CA 95113<br><br>JUDGE: Hon. Stephen L. Johnson |
| Defendants. | |

PLEASE TAKE NOTICE THAT on September 12, 2023 at 1:30 p.m. at **280 South First Street, Courtroom 9, San Jose, CA 95113** or as shortly thereafter as the matter may be heard, plaintiff Jacob Degolish d/b/a Assemble Capital LLC ("Plaintiff") will move this Court for an order pursuant to 28 U.S.C. § 1452(b) remanding the action entitled *Jacob Degolish, d/b/a Assemble Capital LLC v. Placer Title Company, et al.*, case no. 22CV1845 ("State Court Action") back to El

Dorado County Superior Court.

This motion is set on at least 28 days' notice pursuant to Local Rule of Practice 7007-1(a). Any opposition to this motion shall be filed and served at least 14 days before the hearing date. If a party against which the motion is directed does not oppose the motion, that party shall file a Statement of No Opposition within the time for filing and serving any opposition.

Dated: August 15, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/
Dana B. Denno
Garrett R. Leatham
Attorneys for Jacob DeGolish
d/b/a/ Assemble Capital LLC

041193-000000 9287030.1

Case No. 23-50592
NOTICE OF HEARING OF PLAINTIFF'S MOTION FOR REMAND