

The following constitutes the order of the Court.
Signed: August 30, 2023

_____
**Stephen L. Johnson**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**EDDIE PASCUA BATOON**<br>**FLORA LLANES BATOON**<br><br>Debtors. | Case No. 23-50592 SLJ<br>Chapter 11 |
| **JACOB DEGOLISH, dba**<br>**ASSEMBLE CAPITAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FLORA LLANES BATOON,**<br>**JOSEPH RIFFEL,**<br>**PLACER TITLE COMPANY, and**<br>**COLDWELL BANKER, LLC,**<br><br>Defendants. | Adv. Proc. No. 23-5016 |

## ORDER CONTINUING SCHEDULING CONFERENCE

On June 04, 2023, Eddie Pascua Batoon and Flora Llanes Batoon (collectively, "Debtors") filed a voluntary chapter 11 bankruptcy petition. On June 26, 2023, Debtors filed a Notice Regarding Removal of State Court Action, and this adversary proceeding was opened. On August 15, 2023, Plaintiff filed a Motion to Abstain and Remand the state court action. ECF 10. That Motion is set for hearing on September 12, 2023. ECF 11.

IT IS HEREBY ORDERED as follows:

Due to the pending Motion to Abstain and Remand, and good cause appearing, the scheduling conference for the above-captioned matter currently set for August 31, 2023 at 1:30 p.m. is continued to **October 26, 2023 at 1:30 p.m.** Status conference statements are due by **October 19, 2023**. No appearances are necessary on August 31, 2023.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]